UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARIO CARRENO,

                **Plaintiff,**

v.

CITY OF NEWARK, CITY OF NEWARK POLICE DEPARTMENT, PAUL HAMILTON, JOHN DOES 1-20, AND ABC CORP 1-20,

                **Defendants.**

Civil Action No. 11-4042 (WJM)

<u>ORDER</u>

**THIS MATTER** having come before the Court upon Defendants' motion to disqualify Diego F. Navas, Esq., as counsel for Plaintiff [CM/ECF No. 7]; and the Court having considered the papers in support of and in opposition to the motion; and for the reasons set forth in the Opinion issued on this date; and for good cause shown;

**IT IS** on this 29th day of November 2011,

**ORDERED** that, Defendants' motion to disqualify Diego F. Navas, Esq. as Plaintiff's counsel [CM/ECF No. 7] is **GRANTED**; and it is further

**ORDERED** that, Plaintiff shall have substitute counsel enter an appearance, or shall himself enter an appearance *pro se*, on or before **January 2, 2012**.

                                                s/Mark Falk
                                                **MARK FALK**
                                                **United States Magistrate Judge**